UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEF ROBINSON,

Plaintiff,

vs.

DIGNITY HEALTH d/b/a CHANDLER REGIONAL MEDICAL CENTER,

Defendant.

No. 3:16-cv-03035-YGR

**STIPULATION SUBSTITUTING PARTIES**

Complaint Filed: June 6, 2016
Trial Date: None Set

Plaintiff Josef Robinson ("Robinson"), through his undersigned counsel, and real party in interest Chapter 7 Bankruptcy Trustee Diane M. Mann (the "Trustee"), through her undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Robinson is no longer a party to this action, by reason of the fact that Robinson petitioned for Chapter 7 bankruptcy on November 28, 2016, and as a result his claims in this action have become the property of the bankruptcy estate represented by the Trustee (*See* 11 U.S.C. §§ 541(a)(1) and 323; *Sierra Switchboard Co. v. Westinghouse Electric Co.*, 789 F.2d 705 (9th Cir. 1986));

WHEREAS, Robinson and the Trustee stipulate and agree to substitute in the Trustee as plaintiff real party in interest in place of Robinson, and the Trustee hereby enters her appearance in this action.

IT IS SO STIPULATED.

Dated: April 18, 2017

WITTHOFT DERKSEN, PC

By: /s/ Patrick T. Derksen

PATRICK T. DERKSEN
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

*Attorneys for Trustee, Diane M. Mann*

Dated: April 25, 2017

By: /s/ Lindsey Barnhart
Christine Saunders Haskett (Bar No. 188053)
Udit Sood (Bar No. 308476)
Lindsey Barnhart (Bar No. 294995)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
T: (415) 591-6000 / F: (415) 591-6091
chaskett@cov.com; usood@cov.com;
lbarnhart@cov.com

Elizabeth O. Gill (SBN 218311)
Christine P. Sun (SBN 218701)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493 / F: (415) 255-8437
egill@aclunc.org; csun@aclunc.org

Joshua A. Block *(pro hac vice)*
Leslie Cooper *(pro hac vice)*
ACLU FOUNDATION
LGBT & HIV PROJECT
125 Broad Street
New York, New York 10004
T: (212) 549-2593 / F: (212) 549-2650
jblock@aclu.org; lcooper@aclu.org

*Attorneys for Plaintiff Josef Robinson*

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Reid P. Davis, am the ECF user whose ID and password are being used to file this STIPULATION SUBSTITUTING PARTIES; and the concurrently filed [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby certify that each of the other signatories has concurred in the filing of this document and has authorized the use of his/her electronic signature.

Dated: April 25, 2017

By: /s/ Reid P. Davis
REID P. DAVIS
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: blandsberg@manatt.com

*Attorneys for Defendant*

318584817.1