UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH d/b/a CHANDLER REGIONAL MEDICAL CENTER,<br><br>Defendant. | No. 3:16-cv-03035-YGR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)**<br><br>Complaint Filed: June 6, 2016<br>Trial Date: None Set |

Plaintiff real party in interest Chapter 7 Bankruptcy Trustee Diane M. Mann ("Plaintiff"), in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully provides notice of dismissal of this action with prejudice. Plaintiff further states that no opposing party has served a responsive pleading or a motion for summary judgment. Plaintiff has not previously dismissed any action in any court based on or including the claims at issue in this action.

Dated: April 27, 2017

By: Diane M. Mann

Diane M. Mann, Trustee

318505176.2

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Reid P. Davis, am the ECF user whose ID and password are being used to file this NOTICE OF DISMISSAL WITH PREJUDICE PER FRCP RULE 41(a)(1)(A). In compliance with General Order 45, X.B., I hereby certify that each of the other signatories has concurred in the filing of this document and has authorized the use of his/her signature.

Dated: April 27, 2017

By: /s/ Reid P. Davis

REID P. DAVIS
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: blandsberg@manatt.com

*Attorneys for Defendant*