| | |
|---|---|
| JOSEF ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH d/b/a CHANDLER REGIONAL MEDICAL CENTER,<br><br>Defendant. | No. 3:16-cv-03035-YGR<br>**ORDER GRANTING**<br>~~NOTICE OF~~ **DISMISSAL WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)**<br><br>Complaint Filed: June 6, 2016<br>Trial Date: None Set |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff real party in interest Chapter 7 Bankruptcy Trustee Diane M. Mann ("Plaintiff"), in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully provides notice of dismissal of this action with prejudice. Plaintiff further states that no opposing party has served a responsive pleading or a motion for summary judgment. Plaintiff has not previously dismissed any action in any court based on or including the claims at issue in this action.

Dated: April 27, 2017         By: /s/ Diane M. Mann
                                  Diane M. Mann, Trustee

## ORDER

318505176.2  Based upon the foregoing, this action is ordered DISMISSED WITH PREJUDICE.

Dated: April 28, 2017

/s/ Yvonne Gonzalez Rogers
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE